902 F.2d 1558
 Alexander (Fred), Altizer (Aubrey), Balog (Michael),
Broadwater (David), Brunskill (Robert), Caro (Silvio),
Cisneros (Manuel), Concannon (Brian), Deluca (Eugene), Derr
(Bernard), Duffy (Walter), Egonopoulos (Abraham), Eppler
(Frank, Jr.), Genthert (Albert), Goslin (Robert, Mr.),
Grazer (Chris), Gredone (George), Hills (Thomas E.), Jackson
(Robert), Janik (E.), Jankowski (Stanley), Jones (W.B.),
Jordan (Steven), Kelly (James), Kensel (Gerald), Krauss
(Charles), Kurlish (Harry), Livingston
 NO. 89-2058
 United States Court of Appeals,
Third Circuit.
 APR 30, 1990
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 AFFIRMED.